UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LOPEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>            Defendants. | No.  1:24-cv-00729-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 9) |

      Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

      Currently before the Court is Plaintiff's motion for an extension of time to file an amended complaint, filed August 29, 2024.

      Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:  **August 30, 2024**            _____
                                                       UNITED STATES MAGISTRATE JUDGE