UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LOPEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>          Defendants. | No.  1:24-cv-00729-SAB (PC)<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AS TO DOE DEFENDANT<br><br>(ECF No. 17) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Based on a review of Plaintiff's second amended complaint, filed on December 16, 2024 (ECF No. 17), the Court finds that Plaintiff states a cognizable claim for deliberate indifference to his safety against the unknown Defendant at the Substance Abuse Treatment Facility and State Prison, Corcoran ("SATF").  (ECF No. 17.)  However, the Court cannot order service of a Doe Defendant because the United States Marshal cannot serve a Doe Defendant.  Before the Court orders the United States Marshal to serve a Doe Defendant, Plaintiff is required to identify him or her with enough information to locate the Defendant for service of process.

In the interest of judicial efficiency, the Court will allow Plaintiff to subpoena documents from SATF that may allow him to identify the Doe Defendant.  If Plaintiff is able to identify the

Doe Defendant, he should file a motion to substitute the named individual in place of the Doe Defendant no later than 90 days from the date of service of this order. If Plaintiff fails to identify the Doe Defendant, the action will be dismissed without prejudice.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of Form AO 88B;
2. Plaintiff has thirty (30) days from the date of service of this order to complete and return form AO88B. Plaintiff is advised that any request for a subpoena must be accompanied with specific factual details as to the identity and documentation requested to assist in the identification of the Doe Defendant to enable the responding party to comply therewith and to avoid any motion to quash the subpoena;
3. Plaintiff has ninety (90) days from the date of service of this order to file a motion to substitute a named Defendant in place of the Doe Defendant; and
4. Failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:  **January 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge