UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LOPEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>            Defendants. | No. 1:24-cv-00729-SAB (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF No. 18)<br><br>ORDER DIRECTING CLERK OF COURT TO ATTACH A COPY OF SUBPOENA TO THIS ORDER |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On January 23, 2025, the Court found that Plaintiff's second amended complaint stated a cognizable claim for deliberate indifference against the unknown Defendant at the Substance Abuse Treatment Facility and State Prison, Corcoran (SATF). (ECF No. 18.) Because the Court cannot order service on an unknown individual, the Court allowed Plaintiff to issue a subpoena to SATF in order to identify the Doe Defendant described in the second amended complaint. (ECF No. 18.) Plaintiff has now completed and returned the subpoena and USM-285 form. (ECF No. 19.)

1  On the form subpoena Plaintiff requests: "Documents and information, which may include AVSS body Cam, and building cameras, log info. (GTL) officer log in Info which would identify officer(s) who on 9/10/22, at or about 12:33 pm contacted Plaintiff's girlfriend, Nicol Rangel, in SATF-Corcoran, via GTL/phone call[.]"  (ECF No. 19.)

The Court presumes that Plaintiff is seeking the assistance of the Litigation Coordinator at to provide documentation and/or to identity the Doe correctional officer(s) who on September 10, 2022, at or about 12:33 p.m. contacted Plaintiff's girlfriend, Nicol Rangel, at SATF, via GTL/phone call.  In addition, because Plaintiff did not provide a date and time for the response, the Court will provide a deadline of thirty days to respond after service.  The Litigation Coordinator at SATF is only required to produce documents that identify, or that may reasonable help Plaintiff identify, the Doe correctional officer(s) involved in this action.

Accordingly, it is HEREBY ORDERED that:

1. The Litigation Coordinator at SATF has **thirty (30) days** from the date of service of the subpoena to respond to the subpoena.

2. The Litigation Coordinator SATF is only required to produce documents that identify, or that may reasonable help Plaintiff identify, the correctional officer(s) who on September 10, 2022, at or about 12:33 p.m. contacted Plaintiff's girlfriend, Nicol Rangel, via GTL phone call.

3. Any response and/or responsive documents shall be produced to Plaintiff at his current address: **Christian Lopez, CDCR No. AP-2391, SATF, P.O. Box 5246, Corcoran, CA 93212-5246**

4. The Clerk of Court shall forward the following documents to the United States Marshals Service:

   a. One (1) completed and issued subpoena duces tecum;

   b. One (1) completed USM-285 form; and

   c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.

5. The Clerk of Court is directed to attach a copy of the completed subpoena duces tecum to this order (ECF No. 19).

6. Within twenty (20) days from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon the Litigation Coordinator at SATF pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

7. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

8. Within ten (10) days after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated:  **February 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge

3