UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LOPEZ, | No. 1:24-cv-00729-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL, WITHOUT PREJUDICE, AS PREMATURE |
| v. | |
| CDCR, et al., | (ECF No. 22) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On February 25, 2025, the Court found that Plaintiff's second amended complaint stated a cognizable claim deliberate indifference to his safety against the unknown Defendant at the Substance Abuse Treatment Facility and State Prison, Corcoran ("SATF"). (ECF No. 18.)

The Court allowed Plaintiff to issue a subpoena to SATF in order to identify the Doe Defendants described in the operative complaint. (ECF No. 18.)

On February 21, 2025, Plaintiff completed and returned the subpoena. (ECF No. 19.) On February 25, 2025, the Court directed service of the subpoena by the United States Marshal on the Litigation Coordinator at SATF providing a thirty-day response deadline, i.e. on or before

March 27, 2025.[1] (ECF No. 20.) The Court directed that any response and/or responsive documents be produced to Plaintiff at his address of record. (Id. at 2.)

Currently before the Court is Plaintiff's motion to compel a response from the Litigation Coordinator at SATF, filed March 27, 2025, self-dated March 24, 2025. (ECF No. 22.) Plaintiff's motion shall be denied. Because Plaintiff submitted the instant motion to compel on March 24, 2025, three days prior to the deadline for a response to the subpoena, Plaintiff's motion is DENIED, without prejudice, as premature. If Plaintiff has not received a response to the subpoena, he may re-file the instant motion to compel setting for such circumstances.

IT IS SO ORDERED.

Dated: **April 1, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] On February 27, 2025, a proof of personal service of the subpoena was returned by the United States Marshal. (ECF No. 21.)