UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LOPEZ, | No. 1:24-cv-00729-SAB (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE A MOTION TO SUBSTITUTE THE DOE DEFENDANT |
| v. | |
| CDCR, et al., | (ECF No. 20) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On February 25, 2025, the Court found that Plaintiff's second amended complaint stated a cognizable claim deliberate indifference to his safety against the unknown Defendant at the Substance Abuse Treatment Facility and State Prison, Corcoran ("SATF"). (ECF No. 18.) The Court did not find service appropriate for the unknown Doe Defendant, and allowed Plaintiff to issue a subpoena to SATF in order to identify the Doe Defendant described in the operative complaint. (ECF No. 18.)

On February 21, 2025, Plaintiff completed and returned the subpoena. (ECF No. 19.) On February 25, 2025, the Court directed service of the subpoena by the United States Marshal on the Litigation Coordinator at SATF providing a thirty-day response deadline, i.e. on or before

March 27, 2025.[1] (ECF No. 20.)  The Court directed that any response and/or responsive documents be produced to Plaintiff at his address of record.  (Id. at 2.)

On March 27, 2025, Plaintiff filed a motion to compel an answer to the subpoena.  (ECF No. 22.)  On April 1, 2025, the Court denied Plaintiff's motion to compel, without prejudice, as premature.  (ECF No. 23.)

To date, Plaintiff has not filed a further motion to compel or motion to substitute the Doe Defendant under Federal Rule of Civil Procedure 25.  Accordingly, the Court presumes Plaintiff has received a response to his subpoena and it is HEREBY ORDERED that:

1. Within **twenty (20) d**ays from the date of service of this order, Plaintiff shall file a motion to substitute the Doe Defendant; and

2. Failure to comply with this order will result in a recommendation to dismiss the action for failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   **May 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] On February 27, 2025, a proof of personal service of the subpoena was returned by the United States Marshal. (ECF No. 21.)